## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **CORNELIUS BROWN** (R-09994), | ) |
| Plaintiff, | ) |
| v. | ) Case No. 17 C 1203 |
| **RANDY PFISTER**, et al., | ) |
| Defendants. | ) |

### SUPPLEMENT TO MEMORANDUM OPINION AND ORDER

After this Court's issuance of its February 17, 2017 memorandum opinion and order (the "Opinion"), the trust fund account officer at Stateville Correctional Center ("Stateville," where pro se prisoner plaintiff Cornelius Brown ("Brown") is in custody) promptly honored the request from this Court's law clerk to provide the supplemental information referred to in the Opinion's final paragraph, thus enabling this Court to carry out its responsibilities called for by 28 U.S.C. § 1915 ("Section 1915"). This Court has now made the calculation prescribed by Section 1915(b)(1)(A), and it finds that the average monthly deposits to Brown's trust fund account during the relevant six-month period came to $85.28, 20% of which (id.) is $17.05. Accordingly Brown is assessed an initial partial filing fee of $17.05, and the Stateville trust fund officer is ordered to collect that amount from Brown's trust fund account there and to pay it directly to the Clerk of Court ("Clerk"):

> Office of the Clerk
> United States District Court
> 219 South Dearborn Street
> Chicago IL 60604
>
> Attention: Fiscal Department.

After such payment, the trust fund officer at Stateville (or at any other correctional facility where Brown may hereafter be confined) is authorized to collect monthly payments from his trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $350 filing fee is paid. Both the initial payment and all future payments shall clearly identify Brown's name and the 17 C 1203 case number assigned to this action. To implement these requirements, the Clerk shall send a copy of this order to the Stateville trust fund officer.

_____
Milton I. Shadur
Senior United States District Judge

Date: February 21, 2017